54 F.3d 769
 Gallimore McDonald
v.
William H. Fauver, as Commissioner, for Department of
Corrections, Patrick Arvonio, as Administrator, of East
Jersey State Prison, Rahway, New Jersey, Steven Pinchak, as
Assistant Superintendent, at East Jersey State Prison,
Rahway, New Jersey, Donald Mee, Jr., as Courtline Hearing
Officer for Department of Corrections, Incorporate through
East Jersey State Prison, Rahway, New Jersey, Robert
Connell, as Lieutenant of East Jersey State
 NO. 94-5640
 United States Court of Appeals,
Third Circuit.
 Apr 17, 1995
 
 Appeal From: D.N.J., No. 94-cv-045640,
 Bissell, J.
 
 
 1
 AFFIRMED.